IN THE UNITED STATES DISTRICT COURT **FILED IN CHAMBERS**
FOR THE NORTHERN DISTRICT OF GEORGIA **U.S.D.C. Atlanta**
ATLANTA DIVISION

**NOV - 8 2018**

| | | |
|---|---|---|
| DANNY LOCKRIDGE and KILA LOCKRIDGE, | : | JAMES N. HATTEN, Clerk |
| | : | By: _____ Deputy Clerk |
| Plaintiffs | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:18-CV-4694-ODE-AJB |
| | : | |
| ROBERT JEROME KEYS, JR. and BRANDON SIDNEY BOYD, | : | |
| | : | |
| Defendants | : | |

ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Alan J. Baverman filed October 16, 2018 [Doc. 3] ("R&R"). No objections have been filed.

In the R&R, Judge Baverman recommends that this case be remanded to the Magistrate Court of Henry County. Remand is warranted because this Court lacks jurisdiction over the case.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of Henry County, Georgia.

SO ORDERED, this __7__ day of November, 2018.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE